# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SIMEON RAY PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>HERTZ LOCAL EDITION CORP, *et al.*,<br><br>    Defendants. | CV 19-10366 TJH (ASx)<br><br><br>Order to Show Cause |

**It is Ordered** that Plaintiff shall show cause, if any, as to why Defendant Jordan Foreman should not be dismissed for Plaintiff's failure to serve Foreman within the time limits imposed by Fed. R. Civ. P. 4.

Plaintiff shall file a written response to this Order to Show Cause by July 27, 2020. Any brief in opposition to Plaintiff's written response shall be filed no later than seven days after Plaintiff's response is filed. Plaintiff may file a rely brief to any opposition no later than seven days after any opposition brief is filed.

Date: June 30, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge